# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER FRANKLIN,<br><br>                Petitioner,<br>    v.<br><br>RON DAVIS, Warden,<br><br>                Respondent. | Case No. SA CV 14-00963 AB (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) the request for evidentiary hearing is denied; and (3) Judgment shall be entered denying the First Amended Petition and dismissing the action with prejudice.

DATED: April 4, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE