**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYLVESTER FRANKLIN, | Case No. SA CV 14-00963 AB (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RON DAVIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED:  April 4, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE